# Abstract of Supreme Court Cases, January Term, 1871,

## De Vries *et. al. vs.* Conklin.

Error to Lenawee Circuit.

*Opinion by* Cooley, J.—The question presented is whether a married woman can be personally liable in this State on a promissory note which she has signed as security for her husband, and where the sole consideration was the pre-existing debt of the husband. *Held*, that the statute does not confer upon her any authority to create such a demand, and the Court below erred in holding her liable.